IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00410-RPM

STEVEN A. BOYLES,

    Plaintiff,

v.

GENERAL AMERICAN LIFE INSURANCE COMPANY, a Tennessee corporation,
a/k/a METROPOLITAN LIFE INSURANCE COMPANY, a Delaware corporation,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [17], filed on July 1, 2010, it is

    ORDERED that this civil action is dismissed, each party to pay their own costs and attorney's fees.

    DATED:    July 6th 2010

                                                             BY THE COURT:

                                                             s/Richard P. Matsch

                                                              _____
                                                              Richard P. Matsch, Senior District Judge